| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE P. OLIVIER,<br><br>                     Plaintiff,<br><br>vs.<br><br>L.E. SCRIBNER, et al.,<br><br>                    Defendant. | | CASE NO. 11cv1447-MMA (RBB)<br><br>**ORDER GRANTING MOTION FOR COPY OF EXHIBITS**<br><br>[Doc. No. 56] |

      Plaintiff Maurice P. Olivier, a state prisoner proceeding *pro se*, has filed a motion requesting a copy of exhibits previously submitted to the Court in support of his claims in this civil rights action. The exhibits were filed in support of Plaintiff's original complaint, and together total 305 pages.

      The Clerk of Court charges $.50 per page for copies of documents. *See* 28 U.S.C. § 1914(a). Copies are generally only provided upon written request and prepayment of the copy fees. Plaintiff's *in forma pauperis* status does not entitle him to free copies of documents, as 28 U.S.C. § 1915(a) only authorizes the Court to permit commencement of suit without prepayment of fees and cost. *Hadsell v. Comm'r Internal Revenue Service*, 107 F.3d 750, 752 (9th Cir. 1997); *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993) (28 U.S.C. § 1915 does not waive payment of fees or expenses for witnesses); *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989) (per curiam).

///

1  The Court will accommodate Plaintiff's request in this instance due to Plaintiff's likely
2  inability to prepay the prohibitive copy costs. However, Plaintiff is advised that the Court will not
3  provide any additional free copies to Plaintiff and in the future will require the standard prepayment
4  of copy costs to the Clerk of Court.
5  **IT IS SO ORDERED**.
6  DATED: September 14, 2012

Hon. Michael M. Anello
United States District Judge

11  *Enclosures*: Doc. Nos. 1-1, 1-2, 1-3, 1-4